IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA RANKIN,<br>　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>　　　Defendant. | Civil Action No. 11-331 |

ORDER

AND NOW, this 24th day of May, 2011, after the plaintiff, Sheila Rankin, filed an action in the above-captioned case, and after a motion to dismiss and to strike was submitted by the defendant, State Farm Mutual Automobile Insurance Company, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss and to strike (Docket No. 4) is granted with respect to the motion to strike the requests for punitive damages and attorney's fees in Count I and denied in all other respects.

_____
Nora Barry Fischer
United States District Judge